618

George G. Cobean, appellant, v. Guy A. Richardson et al., appellees. Gen. No. 38,087.

Opinion filed November 10, 1936.

Allan J. Carter and Earl J. Walker, for appellant. Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for certain appellees; John R. Guilliams, of counsel. A. H. Brown, for certain other appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Russell Firebaugh et al., appellees, v. Arthur F. Johnson et al., defendants, on appeal of Helge Erickson, appellant. Gen. No. 38,239.

Opinion filed November 10, 1936.

Ernest A. Eklund and Frederick J. Bertram, for appellant. Abrams, Sherman & Lewis, for appellee; Irving S. Abrams, of counsel.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Matilda Yoelin, administratrix with the will annexed of the estate of Michael Gorskie, deceased, et al., appellees, v. John Kudla et al., defendants. Rozalia Kudla, appellant. Gen. No. 38,525.

Opinion filed November 10, 1936. Rehearing denied November 24, 1936.

Casimir R. Wachowski, for appellant. Estelle M. Wells, for appellees.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.